187 So.2d 742

COLLECTOR OF REVENUE of State
of Louisiana

v.

PIONEER BANK AND TRUST
COMPANY et al.

No. 48289.

June 30, 1966.

In re: Collector of Revenue of the State of Louisiana applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 186 So. 2d. 652.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.